1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Hernandez

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj1586
                                    )
12              Plaintiff,           )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **SANTOS HERNANDEZ-HERNANDEZ,**   )
                                    )
15              Defendant.           )
                                    )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                       Respectfully submitted,

21 Dated: May 29, 2008                    *s/ Bridget Kennedy*
                                          Federal Defenders of San Diego, Inc.
22                                        *bridget_kennedy@fd.org*

23

24

25

26

27

28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Hernandez
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj1586
                                       )
12            Plaintiff,                )
                                       )
13 v.                                  )   PROOF OF SERVICE
                                       )
14 **SANTOS HERNANDEZ-HERNANDEZ,**     )
                                       )
15            Defendant.                )
                                       )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: May 29, 2008                      _s/ Bridget L. Kennedy_
                                            **BRIDGET L. KE NNEDY**
23                                          Federal Defenders of San Diego, Inc.,
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
25                                          (619) 687-2666  (fax)
                                            e-mail:bridget_kennedy@fd.org
26
27
28